UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL JEREMIAH SIMMS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>STEPHEN SINCLAIR, *et al.*,<br><br>　　　　　　　Defendants. | CASE NO. 3:19-cv-05323-RBL-JRC<br><br>ORDER TO PROVIDE INFORMATION TO EFFECT SERVICE |

This 42 U.S.C. § 1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Rules MJR 1, MJR 3, and MJR 4.

Plaintiff, proceeding *pro se* and *in forma pauperis* ("IFP"), brings this action against twelve defendants, including an "[u]nknown WDOC employee[]/official[]," whom he identifies as "WDOC Headqua[r]ters Mail Review Employee." Dkt. 7, at 1, 2. Although the Court ordered service of the complaint, no such defendant has entered an appearance or timely returned a service waiver in this matter. *See* Dkt.

ORDER TO PROVIDE INFORMATION TO
EFFECT SERVICE - 1

Although the Court has directed service of the summons and complaint, plaintiff still bears the burden of providing accurate and sufficient information to effect service. *See Walker v. Sumner*, 14 F.3d 1415, 1422 (9th Cir. 1994), *overruled on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995); *see also* Fed. R. Civ. P. 4. When an IFP plaintiff fails to provide the Court with accurate and sufficient information to effect service of the summons and complaint, it is appropriate for the Court to *sua sponte* dismiss the unserved defendant. *See Walker*, 14 F.3d at 1421–22.

At this time, plaintiff has not provided information that is sufficient for the Court to identify and serve the defendant whom plaintiff identifies solely as a WDOC headquarters mail review employee. Plaintiff has provided an address and job title, but if plaintiff wishes for the Court to serve this defendant, plaintiff must provide his or her name, as well. *See* Dkt. 7, at 2, 8.

If plaintiff is unable to provide the Court with this defendant's name, the Court may recommend dismissal of this defendant from the case.

Dated this 3rd day of July, 2019.

J. Richard Creatura
United States Magistrate Judge

ORDER TO PROVIDE INFORMATION TO
EFFECT SERVICE - 2