UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL JERIMIAH SIMMS, | CASE NO. C19-5323RBL |
| Plaintiff, | ORDER |
| v. | |
| STEPHEN SINCLAIR, et al., | |
| Defendants. | |

THIS MATTER is before the Court on Magistrate Judge Creatura's Report and Recommendation [Dkt. # 49]. Plaintiff Simms has Objected [Dkt. # 50] to the R&R and the State Defendants have Responded [Dkt. #51]. Simms's Motion to Strike (in his Reply, Dkt. # 52) is **DENIED**.

1. The Report and Recommendation is **ADOPTED;**
2. Defendants Motion for Judgment on the Pleadings [Dkt. # 39] is **GRANTED.**
3. Simms's claims are **DISMISSED** *with* prejudice, *except* that his Equal Protection and Due Process claims against the defendants in their individual capacities are dismissed *without* prejudice, and his state law claims against those defendants are dismissed *without* prejudice.

4. For the reasons articulated in the R&R, Simms' *in forma pauperis* status is **REVOKED** for purposes of any appeal; and

5. The Clerk shall send copies of this Order to the Simms's last known address and to Magistrate Judge Creatura.

IT IS SO ORDERED.

Dated this 18th day of February, 2020.

_____
Ronald B. Leighton
United States District Judge